**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Marta Giron,

                Plaintiff,                22 **CIVIL** 6226 (VR)

    -against-                       **JUDGMENT**

Kilolo Kijakazi, Acting Commissioner of Social
Security Administration,

                Defendant,

Social Security Administration,

                Interested Party.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated September 19, 2023, the Commissioner's motion is GRANTED and Giron's motion is DENIED. Accordingly, this case is closed.

**Dated:** New York, New York
         September 19, 2023

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**

                      **BY:**       _____
                                              **Deputy Clerk**